IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCIA THOMAS,

    Plaintiff,

v.                                            CASE NO. 4:25cv138-RH-MAF

CAPITAL HCA HOSPITAL et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    The second amended complaint asserts claims against multiple defendants based on a variety of alleged misconduct. The misconduct would be actionable, if at all, under state law. The plaintiff asserts, though, that the misconduct is actionable under 42 U.S.C. § 1983. That is plainly wrong, as the magistrate judge's report and recommendation, ECF No. 12, correctly concludes. The defendants are private actors; they did not act under color of state law, and the second amended complaint does not allege facts suggesting they did.

    The plaintiff filed a response to the report and recommendation and a motion for leave to file a third amended complaint. ECF Nos. 13 & 15. The plaintiff says a

third amended complaint could cure the shotgun-pleading deficiency noted in the report and recommendation, and perhaps it could. But dismissal would still be required. Even in the motion for leave, the plaintiff has been unable to suggest any plausible factual or legal basis for treating the defendants as state actors.

The plaintiff says a third amended complaint would assert both a § 1983 claim and a negligence claim, but jurisdiction depends entirely on the § 1983 claim. The failure to state a § 1983 claim would still lead to dismissal of the entire action.

Enough is enough. This action should be dismissed without leave to amend further.

IT IS ORDERED:

1. The report and recommendation is accepted to the extent set out in this order.

2. The second amended complaint is dismissed with prejudice for failure to state a claim on which relief can be granted.

3. The motion for leave to file a third amended complaint, ECF No. 15, is denied.

4. The clerk must enter judgment stating, "This action is dismissed with prejudice."

5. The clerk must close the file.

SO ORDERED on June 25, 2025.

s/Robert L. Hinkle
United States District Judge